1 | BRANCART & BRANDCART
Christopher Brancart (SBN 128475)
2 | Liza Cristol-Deman (SBN 190516)
Post Office Box 686
3 | Pescadero, CA 94060
Telephone: (650) 879-0141
4 | Facsimile: (650) 879-1103
cbrancart@brancart.com
5 | lcristoldeman@brandcart.com

6 | Attorneys for Plaintiff

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | FAIR HOUSING OF MARIN, a California not  | Case No.: CV10-4856
for profit corporation,
12 | | STIPULATION FOR EXTENSION OF
Plaintiff, | TIME TO RESPOND ; ORDER
13
v.
14
ROBERT SCOTT THOMAS, as Trustee of the
15 | Thomas Family Trust- Exemption Trust, and the
Thomas Family Trust- Survivor's Trust; and
16 | JEAN PAUL JURDO,

17 | Defendants.

18

19 | The parties, FAIR HOUSING OF MARIN, a California not for profit corporation (Plaintiff)

20 | and ROBERT SCOTT THOMAS, as Trustee of the Thomas Family Trust- Exemption Trust, and the

21 | Thomas Family Trust- Survivor's Trust (Defendants), by and through their counsel, hereby stipulate

22 | that Defendants shall have an extension of time through and including December 21, 2010 to respond

23 | to the COMPLAINT FOR MONETARY, DECLARATORY, AND INJUNCTIVE RELIEF filed on

24 | October 26, 2010 in these proceedings.

25

BRANCART & BRANCART

26 | Dated: 11-23, 2010

*[signature]*

27 | Liza Cristol-Deman
Attorneys for Plaintiffs

28

---

387298.1

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND.

1
2   GREENE RADOVSKY MALONEY SHARE &
    HENNIGH LLP
3   Dated: 11/22, 2010
4   Christina Gallagher Nelson
    Attorneys for Defendant ROBERT SCOTT THOMAS,
5   as Trustee of the Thomas Family Trust- Exemption
    Trust, and the Thomas Family Trust- Survivor's Trust
6
7
8   IT IS SO ORDERED:
9
10  _____
    Edward M. Chen
11  U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

387298.1

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND

# CERTIFICATE OF SERVICE

On November 23, 2010, I served a true and correct copy of the following document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND**

upon the following person(s):

Ms. Christina Gallagher Nelson
GREENE RADOVSKY MALONEY SHARE
& HENNIGH, LLP
Four Embarcadero Center, 40th Floor
San Francisco, California 94111
Email: cnelson@greeneradovsky.com

|    |    |
|----|----|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|    | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |

Executed on November 23, 2010, Loma Mar, California.

/s/ Liza Cristol-Deman
Liza Cristol-Deman