1  BRANCART & BRANDCART
   Christopher Brancart (SBN 128475)
2  Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Telephone: (650) 879-0141
4  Facsimile: (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brandcart.com

6  Attorneys for Plaintiff

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 FAIR HOUSING OF MARIN, a California not    Case No.: CV10-4856
   for profit corporation,
12                                            STIPULATION FOR EXTENSION OF
           Plaintiff,                         TIME TO RESPOND   ; ORDER
13
       v.
14
   ROBERT SCOTT THOMAS, as Trustee of the
15 Thomas Family Trust- Exemption Trust, and the
   Thomas Family Trust- Survivor's Trust; and
16 JEAN PAUL JURDO,

17         Defendants.

18

19      The parties, FAIR HOUSING OF MARIN, a California not for profit corporation (Plaintiff)

20 and ROBERT SCOTT THOMAS, as Trustee of the Thomas Family Trust- Exemption Trust, and the

21 Thomas Family Trust- Survivor's Trust (Defendants), by and through their counsel, hereby stipulate

22 that Defendants shall have an extension of time through and including January 10, 2011 to respond to

23 the COMPLAINT FOR MONETARY, DECLARATORY, AND INJUNCTIVE RELIEF filed on

24 October 26, 2010 in these proceedings.

25
                                          BRANCART & BRANCART
26 Dated: 12-21      , 2010
                                          _____
27                                        Liza Cristol-Deman
                                          Attorneys for Plaintiffs
28
                                          1

STIPULATION FOR EXTENSION OF TIME TO RESPOND.

47106/0802
RER/387298.2

1
2          GREENE  RADOVSKY  MALONEY  SHARE  &
           HENNIGH LLP
3   Dated: Dec. 21, 2010
4          _____
           Christina Gallagher Nelson
5          Attorneys for Defendant ROBERT SCOTT THOMAS,
           as Trustee of the Thomas Family Trust- Exemption
6          Trust, and the Thomas Family Trust- Survivor's Trust

7
8   IT IS ORDERED:
9
10
11  _____
12  Edward M. Chen
    U.S. Magistrate
13

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND.

47106/0802
RER/387298.2

## CERTIFICATE OF SERVICE

On December 21, 2010, I served a true and correct copy of the following document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND**

upon the following person(s):

Ms. Christina Gallagher Nelson
GREENE RADOVSKY MALONEY SHARE
& HENNIGH, LLP
Four Embarcadero Center, 40th Floor
San Francisco, California 94111
Email: cnelson@greeneradovsky.com

|    | |
|----|---|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|    | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| xx | **BY ELECTRONIC MAIL**: By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |

Executed on December 21, 2010, Loma Mar, California.

/s/ Liza Cristol-Deman
Liza Cristol-Deman