1  Craig S. Miller (State Bar No. 139682)
   William S. Weisberg (State Bar No. 146284)
2  **WEISBERG & MILLER**
   654 Sacramento Street, Third Floor
3  San Francisco, California 94111
   Telephone:   (415) 296-7070
4  Facsimile:   (415) 296-7060
   cmiller@wmlawfirm.com
5  wweisberg@wmlawfirm.com

6  Attorneys for ROBERT SCOTT THOMAS, as Trustee of the Thomas
   Family Trust- Exemption Trust, and the Thomas Family Trust-
7  Survivor's Trust

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

| FAIR HOUSING OF MARIN, a California not for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT SCOTT THOMAS, as Trustee of the Thomas Family Trust- Exemption Trust, and the Thomas Family Trust- Survivor's Trust; and JEAN PAUL JURDO,<br><br>Defendants. | Case No.: CV10-4856 EMC<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND, and EXTENSION OF STANDING ORDER DUE DATES  ; ORDER |
|---|---|

    The parties, FAIR HOUSING OF MARIN, a California not for profit corporation (Plaintiff) and ROBERT SCOTT THOMAS, as Trustee of the Thomas Family Trust- Exemption Trust, and the Thomas Family Trust- Survivor's Trust (Defendant Thomas), by and through their counsel, hereby stipulate that Defendant Thomas shall have an extension of time through and including January 31, 2011, to respond to the COMPLAINT FOR MONETARY, DECLARATORY, AND INJUNCTIVE RELIEF filed on October 26, 2010 in these proceedings.

    Although there have been two prior stipulations extending time for Defendant Thomas to respond, Defendant Thomas has new counsel, is exploring insurance coverage, and is actively negotiating with Plaintiff to reach an early settlement of this matter. Fees that Defendant Thomas does

not incur in responding can be put towards settlement. The parties believe there is a strong possibility of settlement as their current positions are not that far apart. Accordingly, they request the Court to approve this stipulation and to continue all dates in the Court's standing order by an equal period of time—three weeks.

BRANCART & BRANCART

Dated: Jan. 5, 2011

_____
Liza Cristol-Deman
Attorneys for Plaintiffs


WEISBERG & MILLER

Dated: Jan. __, 2011

_____
William S. Weisberg, co-counsel for Defendant ROBERT SCOTT THOMAS, with Christina Gallagher Nelson of GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, for Defendant ROBERT SCOTT THOMAS, as Trustee of the Thomas Family Trust-Exemption Trust, and the Thomas Family Trust-Survivor's Trust

IT IS SO ORDERED:   The case management conference is reset from 2/2/11 to 3/2/11 at 1:30 p.m. A joint case management conference statement is due on 2/23/11.

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND.