**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAIR HOUSING OF MARIN, a California not for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT SCOTT THOMAS, as Trustee of the Thomas Family Trust - Exemption Trust, and the Thomas Family Trust - Survivor's Trust; and JEAN PAUL JURDO,<br><br>Defendants. | Case No. C 10-04856 EMC<br><br>ORDER DISMISSING CASE SUBJECT TO CONSENT DECREE AND FINAL ORDER |

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed in its entirety, subject to the terms of the consent decree and final order executed by the parties and entered by the Court in this matter.

IT IS SO ORDERED.

Dated: _____3/16_____, 2011.



_____
Honorable
United State

ORDER DISMISSING CASE SUBJECT TO CONSENT DECREE AND FINAL ORDER
- CASE NO. CV 10-4856 EMC

1